**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7793**

_____

FRED SHORES, JR.,

                                   Plaintiff - Appellant,

         versus

MARION BOONE, Attorney; CONNIE WATSON,
Sheriff,

                                   Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Frank W. Bullock, Jr., District Judge.  (CA-00-79-1)

_____

Submitted:  April 27, 2001            Decided:  May 3, 2001

_____

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Fred Shores, Jr., Appellant Pro Se.  Perry Cleveland Henson, Jr., HENSON & HENSON, L.L.P., Greensboro, North Carolina; Fred Folger, Jr., Mt. Airy, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fred Shores, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Shores v. Boone</u>, No. CA-00-79-1 (M.D.N.C. Dec. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>